■ FLORENCE E. DAHME, Appellant, v. CHERRY GROVE FERRY CORPORATION, Respondent, et al., Defendants.— In an action to set aside, to cancel of record, and to declare void, certain deeds, and for other relief, the appeals are (1) from an order entered April 12, 1957 denying appellant's motion for summary judgment on the third cause of action alleged in the first amended complaint, (2) from on order entered April 12, 1957 granting respondent's cross motion for leave to serve a further amended answer, and (3) from an order entered May 16, 1957 granting appellant's motion for reargument of her original motion for summary judgment and on such reargument denying the motion. Order granting respondent's cross motion for leave to serve a further amended answer affirmed, without costs. No opinion. Order on reargument affirmed, with $10 costs and disbursements. The action is not one which seeks only a declaratory judgment (cf. *Lynch* v. *Bailey*, 279 App. Div. 650, affd. 304 N. Y. 669), and consequently is not within subdivision 9 of rule 113 of the Rules of Civil Practice, nor is it included within any of the other subdivisions of that rule enumerating the cases in which a plaintiff may obtain summary judgment (cf. *Feyh* v. *Brandtjen & Kluge*, 283 App. Div. 807). In any event, issues of fact are raised which should not be settled on affidavits. Appeal from order denying appellant's motion for summary judgment dismissed, without costs. No such order is printed in the record, and dismissal would be required in any event, in view of the appeal from the order granting reargument (*Edell* v. *Edell*, 279 App. Div. 657). Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ., concur.

■ ETHEL FRIEDMAN, Respondent, v. ARTHUR FRIEDMAN, Appellant.— In an action by a wife for a separation on the ground of cruelty, the husband appeals from a judgment granting respondent a separation, awarding custody of the parties' children to her, with rights of visitation to appellant, allowing her $40 a week for her support and the support of the children, permitting respondent to live in a house owned by the parties as tenants by the entirety, and awarding a counsel fee of $350. Judgment unanimously affirmed, with costs. No opinion. Present — Wenzel, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ CHARLES HUSZAR, as Administrator of the Estate of DORA HUSZAR, Deceased, Appellant, v. ISADORE SHAPIRO, Respondent, et al., Defendant.— In an action to recover damages for wrongful death against a physician and a surgeon, the action was settled before trial as against the physician, and the court dismissed the complaint as against the surgeon at the close of the plaintiff's case. The appeal is from the judgment entered thereon. Judgment reversed and a new trial granted, with costs to abide the event. In our opinion the evidence established a prima facie case. Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ., concur.

■ . CATHERINE KNAUP et al., Respondents, v. ASSOCIATED MEDICAL PROPERTIES, INC., et al., Appellants.— In an action to recover damages for personal injuries and for medical expenses and loss of services, the appeal is from so much of an order as granted leave to serve an amended complaint setting forth additional causes of action. Order insofar as appealed from affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ., concur.